UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NADA ALSAMAWI,

Plaintiff,

v.

UNITED STATES CITIZENSHIP and IMMIGRATION SERVICE, DIRECTOR OF, et al.,

Defendants.
_______________________________/

Case No. 2:26-cv-12042

District Judge Mark A. Goldsmith
Magistrate Judge Anthony P. Patti

**ORDER GRANTING MOTION FOR ORDER TO SHOW CAUSE (ECF NO. 2) AND DIRECTING DEFENDANTS TO SHOW CAUSE**

Plaintiff has filed a motion for order to show cause and expedited relief (ECF No. 2). The motion is **GRANTED** and the Defendants are ordered to show cause orally at the upcoming scheduling conference why mandamus and/or the requested APA relief should not issue within 30 days, as requested by Plaintiff.

It is **SO ORDERED**.

Dated: September 4, 2026

_______________________
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE